UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CANOE CREEK NEIGHBORHOOD
ASSN. INC, etc.,

      Plaintiff,

v.　　　　　　　　　　　　　　　　Case No:　8:24-cv-01754-JLB-TGW

JAMES NATHANIEL DOUSE, SR.,

      Defendant.
_____/

## **ORDER**

      The Magistrate Judge has entered a Report and Recommendation (Doc. 25), recommending that the Plaintiff's Motion to Remand (Doc. 13) be granted.  No party has objected, and the time to do so has expired.

      A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  *Id.*

      Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 25) is **ADOPTED** and made a part of this Order for all purposes.

2. The Motion to Remand (Doc. 13) is **GRANTED**.

3. This case is **DISMISSED with prejudice**, and the Clerk is **DIRECTED** to enter judgment accordingly, terminate any pending deadlines, and close the file.

**ORDERED** in Tampa, Florida, on March 3, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE