UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CANOE CREEK NEIGHBORHOOD
ASSOCIATION, INC.,

    Plaintiff,

v.      Case No:   8:24-cv-01754-JLB-TGW

JAMES NATHANIEL DOUSE,

    Defendant.
_____/

## ORDER

    The Magistrate Judge has entered a Report and Recommendation (Doc. 30), recommending that Plaintiff's Motion for Award of Attorney's Fees & Costs (Doc. 29) be granted to the extent that Plaintiff be awarded $4,920.50 in attorney's fees against Defendant.  No party has objected, and the time to do so has expired.

    A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  *Id.*

    Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 30) is **ADOPTED** and made a part of this Order for all purposes.

2. Plaintiff's Motion for Award of Attorney's Fees & Costs (Doc. 29) is **GRANTED in part** and **DENIED in part**.

3. Plaintiff is awarded $4,920.50 in attorney's fees against Defendant.

4. The Clerk of the Court is **DIRECTED** to enter judgment in favor of Plaintiff and against Defendant in the amount of $4,920.50 for attorney's fees.

**ORDERED** in Tampa, Florida, on July 25, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE